UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WARREN DUNLAP, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF,<br><br>    Defendant. | No. 1:25-cv-00526-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAYING FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 6, 2025, the Court ordered Plaintiff to pay the $450.00 filing fee or submit a non-prisoner application to proceed in forma pauperis by a prisoner within 45 days. (ECF No. 3.)

Plaintiff has failed to comply with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **July 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1